No. 223, Misc.   BROWN *v.* LAVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 226, Misc.   HILL *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 227, Misc.   MILES ET AL. *v.* WALKER, WARDEN. Supreme Court of Louisiana.   Certiorari denied.

No. 228, Misc.   BEAN *v.* COCHRAN, CORRECTIONS DIRECTOR.   Supreme Court of Florida.   Certiorari denied.

No. 235, Misc.   WADE *v.* THOMAS, WARDEN.   Court of Appeals of Kentucky.   Certiorari denied.

No. 236, Misc.   AARON *v.* ALABAMA.   Supreme Court of Alabama.   Certiorari denied.   *Fred D. Gray* for petitioner.   *MacDonald Gallion,* Attorney General of Alabama, *George D. Mentz,* Assistant Attorney General, and *William F. Thetford* for respondent.

No. 245, Misc.   ROBERTS *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 248, Misc.   BOYD *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.